**Opinion issued April 20, 2017**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00114-CR
## NO. 01-17-00115-CR

_____

**BARRON COLLINS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court**
**Harris County, Texas**
**Trial Court Case Nos. 1483440; 1483469**

---

## MEMORANDUM OPINION

Appellant, Barron Collins, pleaded guilty in cause number 1483440 to the offense of evading arrest or detention and burglary of a habitation. In accordance with the terms of a plea-bargain agreement, the trial court sentenced appellant to 6 years' incarceration. Appellant also pleaded guilty in cause number 1483469 to

the offense of burglary of a habitation. In accordance with the terms of a plea-bargain agreement, the trial court sentenced appellant in that cause to 6 years' incarceration, with the two sentences to run concurrently. Appellant filed a notice of appeal.

In a plea-bargain case, a defendant may appeal only those matters that were raised by written motion filed and ruled on before trial or after getting the trial court's permission to appeal. TEX. CODE CRIM. PROC. art. 44.02; TEX. R. APP. P. 25.2(a)(2). An appeal must be dismissed if a certification showing that the defendant has the right of appeal has not been made part of the record. TEX. R. APP. P. 25.2(d).

Here, the trial court's certifications are included in the records on appeal. The certifications state that these are plea-bargain cases and that the defendant has no right of appeal. *See* TEX. R. APP. P. 25.2(a)(2). The record supports the trial court's certifications. *See Dears v. State*, 154 S.W.3d 610, 615 (Tex. Crim. App. 2005). Because appellant has no right of appeal, we must dismiss these appeals. *See Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

Accordingly, we dismiss the appeals for want of jurisdiction. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Massengale.

2

Do not publish. TEX. R. APP. P. 47.2(b).